FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. Atlanta

JUL 2 2 2003

LUTHER D. THOMAS, Clerk
By: _____
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT ARNETT,

Plaintiff,

v.

AT&T CORPORATION,

Defendant.

CIVIL ACTION NO.
1:01-CV-2448-RWS

## ORDER

In an order entered January 22, 2003, this Court severed Plaintiff Arnett's claims from the claims asserted by the other plaintiffs in this formerly putative class action. In doing so, the Court did not require Plaintiff to pay a filing fee, but Plaintiff was obligated to file an amended complaint within forty-five (45) days of the January 22 order. Plaintiff failed to do so; therefore, this action is subject to dismissal. The Court hereby **DISMISSES** this action with prejudice.

**SO ORDERED**, this _22nd_ day of July, 2003.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)